**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1305**

———————

TACITUS A. HALL,

Plaintiff - Appellant,

versus

WELLA CORPORATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-96-933)

———————

Submitted: February 12, 1998    Decided: February 24, 1998

———————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tacitus A. Hall, Appellant Pro Se. James Phillip Naughton, HUNTON & WILLIAMS, Richmond, Virginia; Sharon Smith Goodwyn, HUNTON & WILLIAMS, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his employment discrimination suit as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hall v. Wella Corp.</u>, No. CA-96-933 (E.D. Va. Mar. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>